IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUMP OPERATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-cv-703 |
| v. | ) | |
| | ) | |
| LIAM HEEGER, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILLIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, Plaintiff Jump Operations, LLC, states as follows:

1. The sole member of Jump Operations, LLC is Jump Financial, LLC.

2. No publicly held corporation owns 10% or more of Jump Financial, LLC.

3. The affiliates of Jump Operations, LLC, as defined in Local Rule 3.2, are William DiSomma Trust, William J. DiSomma, Paul A. Gurinas Trust, Paul A. Gurinas, and Jump Financial, LLC.

4. Plaintiff Jump Operations, LLC is a limited liability company organized under Delaware law. Jump Operations, LLC's sole member is Jump Financial, LLC. Jump Financial, LLC is also a limited liability company organized under Delaware law. The members of Jump Financial, LLC are the William DiSomma Trust, the trustee of which is William DiSomma, a citizen of Illinois, the Paul A. Gurinas Trust, the trustee of which is Paul Gurinas, a citizen of Illinois, ████████

███████████████████████████, and the following individuals: ██████ ███████████████, ███████████████, Brandon Ackley (Illinois citizen), ██████████████; ███████████████, and ██████████████.

Dated: January 21, 2025

Respectfully submitted,

/s/ *Chris Gair*
Chris Gair (ARDC #6190781)
Lisa Wood (ARDC #6304324)
Ingrid Yin (ARDC #6339857)
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
cgair@gairgallo.com
lwood@gairgallo.com
iyin@gairgallo.com

*Attorneys for Plaintiff Jump Operations, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 21, 2025, the foregoing Motion for a Preliminary Injunction was served via electronic mail upon the following:

Gerard D. O'Shea
Cooley LLP
55 Hudson Yards
New York, NY 10001
(212) 479 6704
goshea@cooley.com
*Attorney for Defendant Liam Heeger*

*/s/ Chris Gair*
Chris Gair