# EXHIBIT F



November 21, 2024

Liam Heeger
161 W Kinzie St
Apt 1002
Chicago, IL 60654
United States of America
**Via email:** liamheeger@gmail.com

Re:  Noncompetition Election

Dear Liam,

I write to notify you that Jump Operations, LLC ("Jump") has elected a Noncompete Period of twenty-four (24) months pursuant to your Noncompetition Agreement with Jump.  Your Noncompete Period began November 12, 2024 and will end November 11, 2026.

For the avoidance of doubt, in accordance with the terms of the Nonsolicitation Agreement entered into between you and the Company on January 31, 2023 (the "Nonsolicitation Agreement") you shall be paid Additional Consideration (as defined in the Nonsolicitation Agreement) of $10,000 as additional consideration for your entering into and complying with the terms of the Nonsolicitation Agreement.

I would also like to remind you of additional obligations under the agreements you have with Jump that continue beyond your termination date.  Your agreements include an obligation to keep all of Jump's proprietary information confidential, an obligation not to solicit Jump employees, and an obligation to notify Jump prior to beginning employment with a new employer.  Please consult your agreements for additional details regarding these obligations.

If you need a copy of your agreements or if you have any questions about your continuing obligations, please do not hesitate to contact me directly.

Regards,

Elizabeth A. Ori
Senior HR Business Partner
separations@jumptrading.com

**Jump Operations, LLC**
600 West Chicago Avenue · Suite 600 · Chicago, Illinois 60654