# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUMP OPERATIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 25-cv-703 |
| | ) Hon. Franklin U. Valderrama |
| LIAM HEEGER, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jump Operations, LLC ("Jump") and Defendant Liam Heeger ("Heeger") hereby stipulate to dismiss all claims in this case with prejudice. The parties agree that each side shall bear its own attorney's fees and costs.

Dated: February 26, 2025

Respectfully submitted,

/s/ *Chris Gair*
Chris Gair (ARDC #6190781)
Lisa Wood (ARDC #6304324)
Ingrid Yin (ARDC #6339857)
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
cgair@gairgallo.com
lwood@gairgallo.com
iyin@gairgallo.com

*Attorneys for Plaintiff Jump Operations, LLC*

/s/ *Gerard O'Shea*
Gerard O'Shea (*pro hac vice*)
Cooley LLP

55 Hudson Yards
New York, NY 10001
(212) 479-6000
goshea@cooley.com

Joseph D. Lockinger (*pro hac vice*)
Cooley LLP
1299 Pennsylvania Avenue, N.W. Suite 700
Washington, DC 20004
(202) 842-7800
jlockinger@cooley.com

Miriam Petrillo
Cooley LLP
110 N. Wacker Drive Suite 4200
Chicago, IL 60606
(312) 881-6500
mpetrillo@cooley.com

*Attorneys for Defendant Liam Heeger*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on February 26, 2025, the foregoing document was served via this Court's CM/ECF system, which will provide service on all parties of record.

                                                    */s/ Chris Gair*
                                                    Chris Gair